

**IT IS ORDERED as set forth below:**

**Date: May 2, 2013**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK CLARENCE CRAIG, | ) | CHAPTER 13 |
| ROBIN CRAIG, | ) | |
| | ) | |
| DEBTORS. | ) | CASE NO. 12-64669-MGD |

**ORDER GRANTING MOTION TO RECONSIDER**
**ORDER OF DISMISSAL AND REINSTATE AUTOMATIC STAY**

Debtors filed a "Motion to Reconsider Order of Dismissal and Reinstate Automatic Stay," on March 14, 2013 (Doc No. 45) (the "Motions"). Debtors, debtor's counsel, and the Trustee were present at the hearing. The Trustee did not object and no creditors appeared in opposition to the motion, therefor, it is hereby

**ORDERED** that, the Motion is *granted*. Debtors' order of dismissal shall be vacated, the automatic stay reinstated, and the Standing Chapter 13 Trustee to be reappointed to administer the case. It is further

**ORDERED** that, Debtors shall convert their case to Chapter 7 within twenty (20) days upon entry of this order. It is further

**ORDERED** that, if such notice is not filed within twenty (20) days upon entry of this order, the Trustee may enter status report recommending dismissal without a hearing.

END OF DOCUMENT

PREPARED AND SUBMITTED BY:


_____/s/_ Latrice L. Latin, Esq._____
**Latrice L. Latin**, Attorney for Debtors
Georgia Bar No. 116907
The Latin Law Group, LLC
Suite 330-237
1425 Market Boulevard
Roswell, GA 30076
(678) 890-5868
Fax : (678) 853-2405
Email: llatin@latinlawgroupllc.com

NO OPPOSITION BY:


_____/s/_____
*Signed w/ express permission by*
**Latrice L. Latin, Esq.**
Albert C. Guthrie, Staff Attorney
Georgia Bar No. 142399
**Mary Ida Townson**
Standing Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
404-525-1110

## DISTRIBUTION LIST

**CHAPTER 13 TRUSTEE**
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

**UNITED STATES
TRUSTEE**
Office of the
United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

**DEBTOR**
**Mark Clarence Craig**
3479 Hill Forrest Trail
Acworth, GA 30101

**JOINT DEBTOR**
**Robin Craig**
3479 Hill Forrest Trail
Acworth, GA 30101

**NOTICE OF
APPEARANCE**

CAPITAL ONE, N.A.
Bass & Associates, P.C.
ATTN: Patti H. Bass, Esq.
3936 E. Ft. Lowell Road,
Suite #200
Tucson, AZ 85712

Sidney Gelernter
McCurdy & Candler, LLC
Six Piedmont Center,
Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305